# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0069.  COHEN et al. v. XYTEX CRYTO INTERNATIONAL, LTD., et al..**

Upon consideration of Appellants' "Emergency Motion for Supersedeas," the same is hereby DENIED. Presently, a motion to stay is pending in the trial court. See *Green Bull Georgia Partners v. Register*, 301 Ga. 472, 473 (801 SE2d 843) (2017).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/16/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* *Stephen E. Castlen*